# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                        **CRIMINAL ACTION NUMBER: 3:22-MJ-507**

**BENJAMIN COLE**                                                                              **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on August 25, 2022 to conduct an initial appearance on a Complaint filed in the District of Columbia.

APPEARANCES

| | |
|---|---|
| For the United States: | Joel King, Assistant United States Attorney |
| For the defendant: | Defendant Benjamin Cole - Present and in custody |
| Court Reporter: | Digitally Recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the allegations contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Office of the Federal Defender was appointed to represent the defendant. Aaron M. Dyke, Assistant Federal Defender, was present and accepted the appointment.

At the request of the United States,

**IT IS HEREBY ORDERED** that the defendant is released on an unsecured bond in the amount of $2,000.00, with conditions, pending further order of the Court.

The Court having advised the defendant of the provisions regarding Rule 20 and the defendant, through counsel, having waived his right to a preliminary hearing in this district,

**IT IS FURTHER ORDERED** that this matter is scheduled for further proceedings with the District of Columbia on **September 1, 2022 at 1:00 p.m. via video conference** before the Honorable Zia M. Faruqui, United States Magistrate Judge. The undersigned's Case Manager will provide the Zoom link to counsel via email.

This 25th day of August, 2022  **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|25